Stephen B. Goldberg (SBN 125166)
SPIERER, WOODWARD, CORBALIS & GOLDBERG
Attorneys at Law
A Professional Corporation
707 Torrance Boulevard, Suite 200
Redondo Beach, California 90277
Telephone: (310) 540-3199; Fax: (310) 316-1823
Email: stephen.goldberg@practicallawyer.com

Attorneys for Defendant, Virginia Park, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HBK-WILLOW, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VEGGIE CREATIONS, INC., dba NATURE'S ONE, an Ohio corporation, VIRGINIA PARK, LLC, a Michigan limited liability company,<br><br>Defendants. | CASE NO. 5:16-cv-1256-RGK-(AFMx)<br><br>**DEFENDANT VIRGINIA PARK, LLC'S JOINDER TO DEFENDANT VEGGIE CREATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND COMPLAINT**<br><br>**DATE:** August 8, 2016<br>**TIME:** 9:00 A.M.<br>**DEPT:** 850 |

Defendant Virginia Park, LLC hereby joins in the Opposition to Plaintiff's Motion to Remand Complaint, filed by Defendant Veggie Creations, Inc., d/b/a

///

1

DEFENDANT VIRGINIA PARK, LLC'S JOINDER TO DEFENDANT VEGGIE CREATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND COMPLAINT

Nature's One on July 18, 2016.

DATED: July 19, 2016

SPIERER, WOODWARD, CORBALIS & GOLDBERG
Attorneys at Law
A Professional Corporation

By: _____
'Stephen B. Goldberg
Attorneys for Defendant
Virginia Park, LLC

---

2

DEFENDANT VIRGINIA PARK, LLC'S JOINDER TO DEFENDANT VEGGIE CREATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 years and not a party to this case. I am employed in the City of Redondo Beach, County of Los Angeles, State of California. My business address is 707 Torrance Boulevard, Suite 200, Redondo Beach, California 90277.

On July 19, 2016, I served the foregoing documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED: DEFENDANT VIRGINIA PARK, LLC'S JOINDER TO DEFENDANT VEGGIE CREATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND COMPLAINT**

**SERVED UPON:**

| | |
|---|---|
| Steven J. Revitz, Esq.<br>RAISKIN & REVITZ<br>2049 Century Park East, Suite 3110<br>Los Angeles, CA 90067-3274<br>Telephone: (310) 557-3040<br>Email: srevitz@sbcglobal.net | Attorneys for Plaintiff,<br>HBK-Willow, LLC |
| Jesse Molina, Esq.<br>HILL, FARRER & BURRILL LLP<br>One California Plaza<br>300 S. Grand Avenue, 37th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 620-0460<br>Fax: (213) 624-4840<br>Email: jmolina@hillfarrer.com | Attorneys for Defendant<br>Veggie Creations, Inc., dba<br>Nature's One |

(X) **(ELECTRONIC TRANSMISSION)** I caused to be transmitted the document described herein, totaling 4 pages, via electronic transmission to the parties indicated above and that the transmission was reported as complete and without error.

---

3

DEFENDANT VIRGINIA PARK, LLC'S JOINDER TO DEFENDANT VEGGIE CREATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND COMPLAINT

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 19, 2016, in Redondo Beach, California.

*Teri L. Koeneker*
Teri L. Koeneker